IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ERIC A. BLOUNT, ET AL. | § | |
| VS. | § | CIVIL ACTION NO. 1:16cv114 |
| JEFFERSON COUNTY ADULT PROBATION, ET AL. | § | |

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiffs Eric A. Blount and Shronda Renee Blount, proceeding *pro se*, brought this civil rights suit pursuant to 42 U.S.C. § 1983. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends the plaintiffs' motion for default judgment (docket entry no. 9) be denied.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation were filed by the parties.

## O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. It is therefore

**ORDERED** that the plaintiffs' motion for default judgment (docket entry no. 9) is **DENIED.**

**So Ordered and Signed**

**Feb 23, 2018**

_____
Ron Clark, United States District Judge