IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ERIC A. BLOUNT, ET AL. | § | |
| VS. | § | CIVIL ACTION NO. 1:16cv114 |
| JEFFERSON CO. ADULT PROBATION, ET AL. | § | |

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiffs Eric A. Blount and Sharanda Renee Blount, proceeding *pro se*, brought this civil rights suit pursuant to 42 U.S.C. § 1983.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends the motion to dismiss brought by defendant Bryan Collier (docket entry no. 49) should be granted. Additionally, the magistrate judge recommends the defendants' motion to dismiss (docket entry no. 50) should be granted and the exercise of supplemental jurisdiction should be denied.

The court has received and considered the Reports and Recommendations of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Reports and Recommendations of United States Magistrate Judge were filed by the parties.

### O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the reports of the magistrate judge are **ADOPTED**. Therefore, it is

**ORDERED** that the defendants' motions to dismiss are **GRANTED**.  To the extent the plaintiffs' complaint may be liberally interpreted as asserting state law claims, supplemental jurisdiction is declined in this action pursuant to 28 U.S.C. § 1367(c).  A final judgment will be entered in this case in accordance with the magistrate judge's recommendations.

**SIGNED** this the 5 day of **September, 2019.**

_____
Thad Heartfield
United States District Judge